[No. 49474-1-I.    Division One.    September 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. G.K., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-04097-2, Nicole MacInnes, J., entered October 19, 2001. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker, C.J., and Baker, J.

[No. 49578-0-I.    Division One.    September 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RICO AMON OCAIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-11076-2, Richard A. Jones, J., entered October 30, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 50114-3-I.    Division One.    September 22, 2003.]

JEFFREY L. TANKERSLEY, ET AL., *Respondents*, v. MALCOLM HEWLETT, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-2-01488-6, Michael F. Moynihan, J., entered February 15, 2002. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker and Ellington, JJ.

[No. 50182-8-I.    Division One.    September 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM EDWARD BROWN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-09231-2, Douglass A. North, J., entered March 4, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Schindler, J., concurred in by Agid and Appelwick, JJ.